**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Robert Wayne Mitchell, Appellant.

Appellate Case No. 2012-212534

———————

Appeal From York County
Michael G. Nettles, Circuit Court Judge

———————

Unpublished Opinion No. 2014-UP-198
Submitted March 1, 2014 – Filed May 21, 2014

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert Michael Dudek, of
Columbia; and Robert Wayne Mitchell, pro se, for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.